

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-29-2008

# Egolf v. Witmer

Precedential or Non-Precedential: Precedential

Docket No. 06-2193

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Egolf v. Witmer" (2008). *2008 Decisions.* Paper 1085.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1085

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-2193
_____

TRISTAN P. EGOLF; ADAM CLAYTON WILLARD;
JONATHAN A. KOHLER; DAVID JC OBRYANT;
BENJAMIN D. KEELY; PAULA EGOLF;
GARY LEE EGOLF,

Appellants

v.

CHRISTOPHER WITMER; JAMES ELY; DEB KOLB;
GERALD KLING; D.J. KLING, IN THEIR INDIVIDUAL
CAPACITIES AS POLICE OFFICERS FOR EAST LAMPETER TOWNSHIP; LINDA
GEROW; BLAINE HERTZOG; WAYNE KLINE; JOHN/JANE DOE 1 TO 5 IN THEIR
INDIVIDUAL CAPACITIES WHO ARE UNKNOWN STATE ACTORS; JOHN/JANE
DOE 6 TO 10 IN THEIR INDIVIDUAL CAPACITIES WHO ARE UNKNOWN
FEDERAL EMPLOYEES, AGENTS OR ACTORS; CHRISTOPHER JONES, IN
THEIR INDIVIDUAL CAPACITIES AS POLICE OFFICERS FOR EAST LAMPETER
TOWNSHIP; MARIAN ADAMS, in their individual capacities as Pennsylvania
State Troopers; and; EAST LAMPETER TOWNSHIP
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 04-cv-05695)
District Judge:  The Honorable Paul S. Diamond
_____

ARGUED APRIL 10, 2007

Before: SMITH, NYGAARD, and HANSEN,[*] Circuit Judges.

(Opinion Filed May 22, 2008)

_____

*Honorable David R. Hansen, Senior Circuit Judge for the Eighth Circuit Court of
Appeals, sitting by designation.

ORDER AMENDING CONCURRING OPINION

AND NOW, this 29th day of May, 2008, it appearing that there is a spelling error on page 45 of the concurring opinion, it is hereby

ORDERED that the concurring opinion is amended on page 45, line 5, of the slip opinion available on the website of this court, changing the word "beared" to "bared."

By the Court,

 /s/ D. Brooks Smith
Circuit Judge

DATED: May 29, 2008

2